8b 385
160 519

---

WRIGHT *v.* THE STATE, on the Relation of HOWE.—In error.

Friday,
May 28.

DEBT by the state, on the relation of *A.,* against *B.* on his bond as administrator.   The declaration stated that the relator was a creditor of the estate, but it did not allege that he had recovered a judgment against the estate, nor did it show the nature or amount of his demand.   *Held,* that the declaration was insufficient.   *Eaton* v. *Benefield et al.* 2 Blackf. 52.

Where in such suit there are several issues in fact, a verdict, in general terms, "for the plaintiff" may be valid; but a verdict in such case as to only one of the issues, not noticing the others, is bad.   *Crouch* v. *Martin,* 3 Blackf. 256.— *Hanna et al.* v. *Ewing et al. Id.* 34.—*Patterson* v. *Salmon, Id.* 131.—*Fitch* v. *Dunn, Id.* 142.—*Huff* v. *Gilbert,* 4 *id.* 19. *Van Benthuysen* v. *De Witt,* 4 Johns. 213.